THE HONORABLE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAIMLER TRUCK NORTH AMERICA LLC, f/k/a FREIGHTLINER LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RAMIN YOUNESSI, an Illinois resident,<br><br>Defendant. | Case No.: CV-08-0031-HA<br><br>ORDER<br><br>Local Case No.: 08-MC-5011RBL |

This matter comes before the Court upon Daimler's Motion to File Under Seal. [Dkt # 6] Daimler Truck North America LLC sued Ramin Younessi in the District of Oregon. As part of that suit, Daimler served a third-party discovery requests on Cascadia International LLC dated April 24, 2008. [Dkt # 2, exhibits B & C] Cascadia responded before this Court with a Motion to Quash Subpoena (Duces Tecum). [Doc # 2] This Order arises as a result of Daimler's request to file its Response to Cascadia's Motion under seal. Having considered the entirety of the records and files herein, the Court finds and rules as follows:

Daimler's motion is GRANTED. Daimler's Response to Cascadia's Motion [Dkt # 7] and Declaration of Susan K. Eggum [Dkt # 8] filed in support of that motion shall be filed under

//
//
//

ORDER - 1

seal pursuant to the Stipulated Protective Order of the United States District Court for the District of Oregon, Haggerty, J., Case No. CV-08-0031-HA. [Dkt # 6-2]

IT IS SO ORDERED

Dated this 9th Day of June, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 2